**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000608**
**13-MAY-2025**
**08:10 AM**
**Dkt. 52 ODSD**

NO. CAAP-24-0000608


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


HEYHEAHEA, LLC, Plaintiff-Appellee, v.
NORINE T. LOUIE, Defendant-Appellant, and
JOHNNY FRANKLIN; FERNANDO M. EUSEBI; MICHAEL S. HATTORI;
KYLE Y. SHODA; KEONI K. BERMUDEZ; and SARAH ANN MOORE,
Defendants-Appellees


APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL NO. 1DRC-23-0005886)


ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon review of the record, it appears that:

(1) On September 16, 2024, Defendant-Appellant Norine T. Louie (**Louie**) filed the notice of appeal, self-represented;

(2) The statement of jurisdiction and opening brief were due on or before November 25, 2024, and December 26, 2024, respectively;

(3) Louie failed to file either document, or request an extension of time;

(4) On January 3, 2025, the appellate clerk entered a default notice informing Louie that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on January 13, 2025, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure

Rules 12.1(e) and 30, and Louie could request relief from default by motion; and

(5) Louie has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, May 13, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge